UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-23819-CIV-MORENO

JOHN M. FITZGERALD,

    Petitioner,

vs.

WALTER A. MCNEIL,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING PETITION FOR WRIT OF HABEAS CORPUS

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on the Petition for Writ of Habeas Corpus (**D.E. No. 1**), filed on **December 23, 2009**. The Magistrate Judge filed a Report and Recommendation (**D.E. No. 18**) on **September 13, 2010**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present. The Court, being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation (**D.E. No. 18**) on **September 13, 2010** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that the Petition for Writ of Habeas Corpus is DENIED as the statute of limitations bars this action. This case is CLOSED and all pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of October, 2010.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel of Record

John Michael Fitzgerald
#452232
Hamilton Corr. Inst. (Main unit)
10652 SW 46th Street
Jasper, FL 32052